UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARKQUEZ BARNES,<br><br>Defendant. | Case No. 22-cr-00429-VC-1<br><br>**SUPPLEMENTAL JUROR QUESTIONNAIRE**<br><br>Re: Dkt. No. 47 |

As discussed at the status conference, the jurors will receive the following supplemental questions, along with the standard juror questionnaire.

1. Do you have any especially strong opinions or beliefs about race, immigration status, national origin, ethnicity, sex, gender identity, or sexual orientation that could affect your ability to serve as a juror? Yes ___ No ___. If yes, please explain:

2. Is there anything else about your experiences, opinions, or beliefs, whether religious, moral, ethical, or philosophical, that could affect your ability to serve as a juror? Yes ___ No ___. If yes, please explain:

3. Do you live in San Francisco? Yes ___ No ___. If yes, what neighborhood do you live in?

4. Under federal law, it is unlawful for a convicted felon to possess a firearm. The government has charged the defendant with violating this law. Is there anything about the nature of this charge that gives you concerns about whether you could be a fair juror? Yes ___ No ___. If yes, please explain:

5. In a criminal case, the government has accused a person of committing a crime, but that

doesn't mean the person is guilty of the crime. The law requires you to presume that the defendant is innocent, and you may not convict the defendant unless the government has proved that the defendant is guilty of the crime beyond a reasonable doubt. The judge will provide you with instructions about the "reasonable doubt" standard later, but if the government doesn't meet its burden under that standard, the jury may not convict the defendant, even if the defendant presents no evidence or witnesses. Do you have any concerns about presuming the defendant innocent and holding the government to its burden of proving its case beyond a reasonable doubt? Yes ___ No ___. If yes, please explain:

6. It is the judge's job, not the jury's, to determine punishment. The law does not permit you to consider the issue of punishment because there are factors—factors having nothing to do with this trial—that will determine the appropriate sentence in the event you find the defendant guilty. Do you have any concerns about deciding this case without regard to potential punishment? Yes ___ No ___. If yes, please explain:

7. The trial likely will begin on Tuesday, April 25, 2023, and should be done by the end of that week or early the following week. The trial day will likely begin at 9:30 or 10:00 a.m. and end between 3:00 and 3:30 p.m. Do you have any serious issues that prevent you from serving as a juror in this case (such as medical or public health concerns, prepaid travel plans, financial concerns, or family responsibilities)? Keep in mind that if you are unable to serve for this trial, you could be placed on another, longer trial in the coming months. Yes___ No___. If yes, please explain:

**IT IS SO ORDERED.**

Dated: April 6, 2023

_____
VINCE CHHABRIA
United States District Judge