UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARKQUEZ BARNES,<br><br>        Defendant. | Case No. 22-cr-00429-VC-1<br><br>**ORDER RE SUBMISSION OF PHOTOS AND VIDEOS**<br><br>Re: Dkt. Nos. 49, 65 |

In its opposition to the defense's Motion in Limine No. 2, the government said it plans to introduce photos and videos from Instagram (including those taken by Officer Naser) that show the charged gun, as well as photos and videos that are relevant to identity. The government also said it plans to introduce certain photos recovered from Barnes' phone. The government is ordered to file all the photos and videos it plans to introduce on the docket by 12pm on Monday, April 17. If the government plans to manually file any exhibits, any CDs or USB drives should be delivered to Chambers on the 17th floor, not the Clerk's Office, on Monday morning.

    **IT IS SO ORDERED.**

Dated: April 14, 2023

_____
VINCE CHHABRIA
United States District Judge