





EX-031-003
BARNES-000615

