UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARKQUEZ BARNES,<br><br>        Defendant. | Case No. 22-cr-00429-VC-1<br><br>**ORDER RE PRETRIAL CONFERENCE; MOTIONS IN LIMINE**<br><br>Re: Dkt. Nos. 43, 44, 49, 52 |

    Any evidence disclosed on April 4 or prior to April 4 will not be excluded on timeliness grounds. The Court will not hear argument on that issue at the pretrial conference.

    The defense's motion to exclude ATF agent Joseph Centofranchi is tentatively denied.

    The government's motion to admit evidence of Barnes' 2019 conviction is tentatively denied. The government has not articulated any non-propensity purpose supporting admission.

    The Court is tentatively inclined to allow the government to call Officer Brian Rodriguez and Aakash Nayyar.

    Beyond that, the Court has had a difficult time sifting through the motions in limine because the briefs discuss only vague categories of evidence. At the pretrial conference, the parties should be prepared to identify—and show—the Court the disputed evidence so that a meaningful discussion can be had about admissibility.

    **IT IS SO ORDERED.**

Dated: April 17, 2023

_____
VINCE CHHABRIA
United States District Judge