UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  22-cr-00429-VC-1 |
| Plaintiff, | |
| v. | **ORDER RE JUROR QUESTIONNAIRES** |
| MARKQUEZ BARNES, | |
| Defendant. | |

The Court is tentatively inclined to offer a postponement to the following jurors: 2, 3, 4, 42, 49, 58, 60, 63, 76, 79.

The Court is tentatively inclined to excuse the following jurors for hardship: 5, 6, 13, 14, 19, 23, 26, 32, 35, 46, 66, 69, 74, 75, 80.

The Court is tentatively inclined to excuse the following jurors for cause: 12, 16, 34, 56.

The Court will address the request for a continuance at the excusal hearing tomorrow.

**IT IS SO ORDERED.**

Dated: April 23, 2023

VINCE CHHABRIA
United States District Judge